UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LOCNIKAR, STEVEN JOSEPH | ) | Case No. <u>06-02178-PHX RJH</u> |
| LOCNIKAR, KYRA JEAN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

    JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in SEC 347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 12 | WASTE MANAGEMENT - RMC<br>2421 W PEORIA AVE SUITE 110<br>PHOENIX, AZ 85029 | $1.09 |
| 13 | TOWN OF PARADISE VALLEY<br>MANAGEMENT SERVICES<br>6401 E LINCOLN DR<br>PARADISE VALLEY, AZ 85253 | $4.53 |
| 17 | Verizon Wireless West<br>404 Brock Drive<br>Bloomington, IL 61701 | $0.31 |

| | |
|---|---|
| January 24, 2011 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |